842 A.2d 538

IN THE MATTER OF THOMAS M. MURRAY, JR., AN
ATTORNEY AT LAW (ATTORNEY NO. 231841971)

March 3, 2004.

ORDER

The Disciplinary Review Board having filed with the Court its
decision in DRB 03–165, concluding that **THOMAS M. MURRAY,
JR., of HACKENSACK,** who was admitted to the bar of this State
in 1971, should be reprimanded for violating *RPC* 1.1(a) (gross
neglect), *RPC* 1.1(b) (pattern of neglect), *RPC* 3.2 (failure to
expedite litigation), *RPC* 1.4 (failure to communicate), *RPC* 8.1(b)
(failure to cooperate) and *RPC* 8.4(c) (conduct involving dishones-
ty, fraud, deceit or misrepresentation);

And respondent having railed to appear on the return date of
the Order to Show Cause why he should not be disbarred or
otherwise disciplined;

And the Court having determined that a term of suspension is
the appropriate discipline for respondent's unethical conduct;

And the Court having ordered this date by separate Order that
respondent be temporarily suspended from practice for failing to
comply with the Court's Order filed September 8, 2003, which
required respondent to submit proof of his fitness to practice law;

And good cause appearing;

It is ORDERED that **THOMAS M. MURRAY, JR.,** is suspend-
ed from the practice of law for a period of three months, effective
immediately and until the further Order of the Court; and it is
further

**ORDERED** that **THOMAS M. MURRAY, JR.,** shall not be
reinstated to practice unless and until respondent complies with
the Court's Order filed September 8, 2003; and it is further

ORDERED that respondent be restrained and enjoined from
practicing law during the period of suspension and that respon-

dent comply with *Rule* 1:20–20 governing suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.